**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William A. Moore Jr.** | Social Security number or ITIN    xxx–xx–4405 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |
| Debtor 2 (Spouse, if filing) | **Joann Moore** | Social Security number or ITIN    xxx–xx–5522 |
| | First Name    Middle Name    Last Name | EIN   __–_____ |

United States Bankruptcy Court    District of New Jersey

Case number:    **14–35848–ABA**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

William A. Moore Jr.                    Joann Moore

4/5/18                    **By the court:** Andrew B. Altenburg Jr.
                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

### Some debts are not discharged

Examples of debts that are not discharged are:

- ◆ debts that are domestic support obligations;

- ◆ debts for most student loans;

- ◆ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:
William A. Moore, Jr.,                                                Case No. 14-35848-ABA
Joann Moore                                                          Chapter 13
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2                Date Rcvd: Apr 05, 2018
                             Form ID: 3180W        Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 07, 2018.
```
db/jdb       +William A. Moore, Jr.,   Joann Moore,   436 E. Mill Road,   Maple Shade, NJ 08052-2734
515247788    +Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
515247791    +Citizens Bank,   1 Citizens Drive,   Riverside, RI 02915-3000
515247795    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
              GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,   38 Fountain Square Plz,   MD 1-Com-64,
              Cincinnati, OH 45263)
515247794    +FedLoan Servicing,   PO Box 60610,   Harrisburg, PA 17106-0610
515295619    +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
515247798    +Great Lakes High Education,   PO Box 7859,   Madison, WI 53707-7859
515247799    +Key Education Resources/GL,   PO Box 7858,   Madison, WI 53707-7858
515299781    +Lakeview Loan Servicing, LLC,   Attn M&T BANK,   PO BOX 1288,   Buffalo, NY 14240-1288
515247801    M&T Bank Mortgage,   Attn: Cbd Team,   PO Box 900,   Millsboro, DE 19966-0900
515247802    NJCLASS,   NJ Higher Education Assist,   P.O. Box 548,   Trenton, NJ 08625-0548
515318833    Pay Pal Credit,   PO Box 105658,   Atlanta, GA 30348-5658
515336331    +RBS Citizens, N.A.,   443 Jefferson Boulevard RJW-135,   Warwick, RI 02886-1321
515338546    +TD BANK USA, N.A.,   C O WEINSTEIN, PINSON, AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
515426221    U.S.Department of Education,   C/O FedLoan Servicing,   P.O.Box 69184,
              Harrisburg PA 17106-9184
515247806    +Universal CD CBNA,   PO Box 6241,   Sioux Falls, SD 57117-6241

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Apr 05 2018 23:28:15    U.S. Attorney,   970 Broad St.,
              Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 05 2018 23:28:10    United States Trustee,
              Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
              Newark, NJ 07102-5235
515464911    +E-mail/Text: bncmail@w-legal.com Apr 05 2018 23:28:23    COMENITY CAPITAL BANK/PAYPAL CREDIT,
              C/O WEINSTEIN & RILEY, P.S.,   2001 WESTERN AVENUE, STE 400,   SEATTLE, WA 98121-3132
515247789    +EDI: CAPITALONE.COM Apr 06 2018 03:04:00    Capital One,   PO Box 30281,
              Salt Lake City, UT 84130-0281
515379322    EDI: BL-BECKET.COM Apr 06 2018 03:04:00    Capital One, N.A.,   c o Becket and Lee LLP,
              POB 3001,   Malvern, PA 19355-0701
515350336    +E-mail/Text: bankruptcy@cavps.com Apr 05 2018 23:28:31    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
515444349    +EDI: CITICORP.COM Apr 06 2018 03:04:00    Citibank, N.A.,   701 East 60th Street North,
              Sioux Falls, SD 57104-0493
515247790    +EDI: CITICORP.COM Apr 06 2018 03:04:00    Citicards CBNA,   PO Box 6241,
              Sioux Falls, SD 57117-6241
515247792    +EDI: WFNNB.COM Apr 06 2018 03:04:00    Comenity Bank/Avenue,   PO Box 182789,
              Columbus, OH 43218-2789
515247793    EDI: DISCOVER.COM Apr 06 2018 03:04:00    Discover Bank,   PO Box 15316,
              Wilmington, DE 19850
515259496    EDI: DISCOVER.COM Apr 06 2018 03:04:00    Discover Bank,   DB Servicing Corporation,
              PO Box 3025,   New Albany, OH  43054-3025
515247796    +EDI: RMSC.COM Apr 06 2018 03:04:00    GECRB/JC Penney's,   PO Box 965007,
              Orlando, FL 32896-5007
515247797    EDI: RMSC.COM Apr 06 2018 03:04:00    GECRB/Old Navy,   PO Box 965005,
              Orlando, FL 32896-5005
515437374    +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 05 2018 23:28:27
              KeyBank National Association,   4910 Tiedeman Road,   Brooklyn, OH 44144-2338
515247800    +EDI: CBSKOHLS.COM Apr 06 2018 03:03:00    Kohls/Capital One,   PO Box 3115,
              Milwaukee, WI 53201-3115
515476516    EDI: PRA.COM Apr 06 2018 03:03:00    Portfolio Recovery Associates, LLC,
              c/o Jc Penney Credit Card,   POB 41067,   Norfolk VA 23541
515476417    EDI: PRA.COM Apr 06 2018 03:03:00    Portfolio Recovery Associates, LLC,   c/o Old Navy,
              POB 41067,   Norfolk VA 23541
515408835    EDI: PRA.COM Apr 06 2018 03:03:00    Portfolio Recovery Associates, LLC,
              c/o Sears Premier Card,   POB 41067,   Norfolk VA 23541
515347004    EDI: Q3G.COM Apr 06 2018 03:04:00    Quantum3 Group LLC as agent for,   Comenity Bank,
              PO Box 788,   Kirkland, WA  98083-0788
516227759    +EDI: Q3G.COM Apr 06 2018 03:04:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,   Kirkland, WA 98083-0788,   Quantum3 Group LLC as agent for,
              MOMA Funding LLC 98083-0788
516227758    EDI: Q3G.COM Apr 06 2018 03:04:00    Quantum3 Group LLC as agent for,   MOMA Funding LLC,
              PO Box 788,   Kirkland, WA 98083-0788
515259452    EDI: SALLIEMAEBANK.COM Apr 06 2018 03:03:00    Sallie Mae,   P.O. Box 3319,
              Wilmington, DE 19804-4319
515247803    +EDI: SALLIEMAEBANK.COM Apr 06 2018 03:03:00    Sallie Mae,   300 Continental Drive,
              Newark, DE 19713-4322
515247804    EDI: SEARS.COM Apr 06 2018 03:04:00    Sears/CBNA,   133200 Smith Road,   Cleveland, OH 44130
```

```
District/off: 0312-1          User: admin            Page 2 of 2          Date Rcvd: Apr 05, 2018
                             Form ID: 3180W          Total Noticed: 43
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515247805      +EDI: WTRRNBANK.COM Apr 06 2018 03:04:00      TD Bank USA/Target Credit,    3701 Wayzata Blvd,
                Minneapolis, MN 55416-3401
516841897       EDI: ECAST.COM Apr 06 2018 03:03:00      eCAST Settlement Corporation,    PO Box 29262,
                New York NY 10087-9262
515431082       EDI: ECAST.COM Apr 06 2018 03:03:00      eCAST Settlement Corporation, assignee,
                of Citibank, N.A.,    POB 29262,   New York, NY 10087-9262
                                                                                    TOTAL: 27

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516643294*     +Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788,
                Quantum3 Group LLC as agent for,    MOMA Funding LLC 98083-0788
516643293*      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
515431083*      eCAST Settlement Corporation, assignee,    of Citibank, N.A.,    POB 29262,
                New York, NY 10087-9262
                                                                           TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 07, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 5, 2018 at the address(es) listed below:
```
          Andrew B. Finberg    on behalf of Joint Debtor Joann  Moore andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Andrew B. Finberg    on behalf of Debtor William A. Moore, Jr. andy@sjbankruptcylaw.com,
           abfecf@gmail.com;finbergar39848@notify.bestcase.com
          Brian C. Nicholas    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bnicholas@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC
           bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Rebecca Ann Solarz    on behalf of Creditor   Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
                                                                                    TOTAL: 8
```