Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.:  14−35848−ABA
                    Chapter:  13
                    Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| William A. Moore Jr. | Joann Moore |
| 436 E. Mill Road | 436 E. Mill Road |
| Maple Shade, NJ 08052 | Maple Shade, NJ 08052 |

Social Security No.:
  xxx−xx−4405                                   xxx−xx−5522

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>May 9, 2018</u>                     <u>Andrew B. Altenburg Jr.</u>
                                              Judge, United States Bankruptcy Court